IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA;

v.                                    1:93-cr-00180-LAK

ABDUL HAKIM MURAD

MOTION FOR APPOINTMENT OF COUNSEL
FOR PURPOSES OF HELPING PETITIONER PREPARE A MOTION
FOR COMPASSIONATE RELEASE

Petitioner, Abdul Hakim Murad, pro se (hereinafter Petitioner), respectfully moves this Honorable Court for appointment of counsel to help him prepare a motion for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A), and in support hereof avers as follows:

BACKGROUND

On February 4, 1996, Petitioner was indicted for various crimes relating to conspiracy to bomb United States airlines in South East Asia in 1994 and 1995, and convicted of the same by a jury on September 5, 1996.

On May 15, 1998, Petitioner was sentenced principally to life imprisonment on counts Twelve through Sixteen, plus two 30-year sentences for counts Seventeen and Eighteen, to be served consecutively.

PROOF OF EXHAUSTION

Prior to the passage of the First Step Act of 2018, federal courts lacked the power to adjudicate motions for compassionate

SO ORDERED

1

LEWIS A. KAPLAN, USDJ