IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                          93-cr-180-08

ABDUL HAKIM MURAD

MOTION FOR APPOINTMENT OF COUNSEL
TO HELP PETITIONER PREPARE A MOTION FOR
COMPASSIONATE RELEASE UNDER 18 U.S.C. §3582(c)(1)(A)

COMES NOW Petitioner, Abdul Hakim Murad, pro se, respectfully moving this Honorable Court for appointment of counsel to help Petitioner file a motion for compassionate release, and in support hereof Petitioner states as follows:

Petitioner recently filed a motion before this Honorable Court asking for appointment of counsel to help Petitioner file a motion for compassionate relief, and this Honorable Court granted the motion. As of the date of this motion, however, Petitioner has not received a letter from his attorney, and Petitioner is not sure what he should do at this point. In Petitioner's motion he asked to be appointed the same attorney that was representing Ismail Eyad; but if Ismail Eyad's attorney is not available, Petitioner would be happy to have an any attorney represent him who is available.

Wherefore, Petitioner humbly prays this Honorable Court to please appoint him counsel to help him prepare a compassionate release

1

motion. At the age that Petitioner is now in all he thinks about is his family and loved ones, and in doing what he can to make this world a better place. His many years in prison reflects that he has maintained good conduct and has never engaged in any acts of violence against anyone -- inmates or staff. Furthermore, Petitioner has not engaged in any type of activity that would demonstrate that he has not grown mentally, spiritually and philosophically during the nearly three decades of his incarceration. Petitioner therefore humbly prays this Honorable Court to give him a chance to demonstrate to this Court that he is a worthy candidate for compassionate release.

Respectfully submitted,

_____
Abdul Hakim Murad

10/25/2024

Abdul Hakim Murad
Reg. No. 37437-054
USP Victorville
PO Box 3900
Adelanto, CA 92301

LEGAL MAIL

RECEIVED
CLERK'S OFFICE
SDNY

SN BERNARDINO CA 923
25 OCT 2023 PM 6 L

USPS SDNY

Office of the Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
Room 120
New York, NY 10007-1312