UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    v.

Abdul Hakim Murad (8),

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

93-CR-180-08 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Today's CJA duty attorney, Mr. Alain V. Massena, is appointed to represent the defendant for the purpose of filing a compassionate release application.

SO ORDERED.

Dated:       November 2, 2023

                                                Lewis A. Kaplan
                                          United States District Judge

Copy Mailed by Chambers to :
ABDUL HAKIM MURAD,
Register Number: 37437-054,
USP Victorville, U.S.
PENITENTIARY, P.O. BOX
3900, ADELANTO, CA 92301    AM