UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-against-

Salameh et al.

Defendants.

1:93-cr-00180-LAK-8

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of applicant Thomas C. Seabaugh for admission to practice *pro hac vice* in the above-captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

Applicant's Name: Thomas C. Seabaugh

Firm Name: The Law Office of Thomas C. Seabaugh

Address: 355 South Grand Avenue, Suite 2450

City/State/Zip: Los Angeles, CA 90071

Telephone/Fax: (213) 225-5850

The applicant having requested permission to appear as counsel for all purposes in the above-captioned action for Abdul Hakim Murad, IT IS HEREBY ORDERED that the applicant is admitted to practice *pro hac vice* in the above-captioned case in the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: 2/25/25

_____
United States District Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2-25-25*