USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

United States of America,

    v.

Abdul Hakim Murad (8),

               Defendants.
------------------------------x

93-CR-180-08 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In light of the appearance of attorney Thomas C. Seabaugh for defendant Abdul Hakim Murad, the appointed CJA attorney, Alain V. Massena, is relieved as counsel.

SO ORDERED.

Dated:      February 28, 2025

                                                             Lewis A. Kaplan
                                           United States District Judge